# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KATHY DOLLENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 12-04271-CV-W-FJG |
| | ) |
| RSC EQUIPMENT RENTAL, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is plaintiff's Motion for Leave to File a Response to Defendant's Supplemental Suggestions in Support of its Motion for Summary Judgment and Correction of Its Statement of Facts (Doc. # 69). For good cause shown and with no opposition indicated, plaintiff's Motion is hereby **GRANTED** (Doc. # 69). Plaintiff shall file her response to defendant's supplemental suggestions on or before **January 10, 2014**.

Also pending before the Court is plaintiff's Motion for Leave to File First Amended Petition (Doc. # 71). However, after filing this Motion, plaintiff subsequently filed a Motion to Withdraw this Motion. Therefore, the Motion to Withdraw the Motion for Leave to File a First Amended Petition is hereby **GRANTED** (Doc. # 84), and the original Motion for Leave to File a First Amended Petition is hereby **WITHDRAWN.**

Also pending are plaintiff's First and Second Motions to Amend/Correct her Rule 26(a)(2)(C) Disclosures (Docs. # 76, 80). In her first Motion to Amend/Correct her Rule 26(a)(2)(C) Disclosures, plaintiff states that she wishes to file an amended disclosure to

add more detail from the medical records and the reports from the two treating physicians as to the summary of facts supporting their opinions and a more detailed summary of the physician's opinions. For good cause shown and with no opposition indicated, plaintiff's Motions for Leave to File an Amended Rule 26(a)(2)(C) Disclosure are hereby **GRANTED**[1]. Plaintiff shall file her Amended Rule 26(a)(2)(C) disclosure on or before **January 10, 2014**.

Also pending before the Court is plaintiff's Motion for Leave to Depose Two of Her Treating Physicians (Docs. # 73,78). In the most recent status report filed by the parties on November 5, 2013, defendant states that it does not object to this Motion. Accordingly, for good cause shown, plaintiff's Motions for Leave to Depose Two of Her Treating Physicians are hereby **GRANTED** (Docs. # 73,78). The discovery deadline will be extended until **January 31, 2014** in order to allow plaintiff to depose Dr. Todd Oliver and Dr. Sonny Bal.

Finally, in the most recent status report, the parties state that they agree to the substitution of United Rentals (North American), Inc. for named defendant RSC Equipment Rental, Inc. Accordingly, United Rentals (North American), Inc. is hereby substituted for defendant RSC Equipment Rental, Inc. and the defendant shall be referred to as such in all future pleadings.

Date: <u>December 26, 2013</u>　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

[1] The Court notes that plaintiff actually filed two separate Motions to Amend her Rule 26 Disclosures. The Court notes that the substance of the motions appears to be the same, but the attachments are slightly different.